# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MARGIE PETERS                                                                                   PLAINTIFFS

v.                                         NO. 3:15cv00111 JM

TIMOTHY P. TACOMA, et al.                                                              DEFENDANT

## ORDER

The jury trial scheduled to begin October 31, 2016, is cancelled and this case is removed from the trial docket.

IT IS SO ORDERED this 17th day of October, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE